Juliana E. Coons, OSB #03291
coonsandcoons@gmail.com
Juliana E. Coons, P.C.
P.O. Box 72322
Springfield OR 97475
(503) 680-9948
Fax (541) 805-7576
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JULIO RENATO MARTINEZ VALENZUELA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> Commissioner, ) <br> Social Security Administration ) <br> ) <br> Defendant. ) | Civil Action No. 6:15-CV-01174-TC <br><br><br><br><br><br><br> **ORDER AWARDING 42 U.S.C. 406(b) ATTORNEY FEES** |

Based upon the unopposed motion filed by Plaintiff's counsel, it is hereby ORDERED that attorney fees in the net amount of **$2,465.05** shall be awarded to Plaintiff's counsel pursuant to 42 U.S.C. §406(b). A <u>net</u> fee in the amount of $2,465.05 is a reasonable fee in light of all circumstances present in this case. When issuing the §406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the applicable user fee. The gross attorney fee based upon Exhibit 1, the Notice of Award, having been $14,527.50, the agency is directed to remit the difference between the net fee awarded herein and the gross amount withheld directly to the Plaintiff.

DATED this 24 day of Aug , 2017.

_____
United States ~~District~~ Judge
Magistrate

PRESENTED BY:

s/ Juliana E. Coons
JULIANA E. COONS, OSB#032910
(503) 680-9948
Attorney for Plaintiff, Julio Renato Martinez Valenzuela

1   ORDER AWARDING 42 U.S.C. §406(b) ATTORNEY FEES, <u>Martinez v. Commissioner</u> Civ. Act. No. 6:15-CV-01174-TC